```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 25612
   JOYCE M MACIEJEWSKI
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3796


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 07/09/04 and confirmed on 09/23/04.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  12600.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 5193.94 | .00 | 1735.88 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4796.30 | .00 | 1602.99 |
| SMC | UNSECURED | 302.86 | .00 | 100.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4347.02 | .00 | 1452.83 |
| DISCOVER BANK | UNSECURED | 6087.16 | .00 | 2034.41 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 108.42 | .00 | 36.18 |
| ECAST SETTLEMENT CORP | UNSECURED | 2852.37 | .00 | 953.30 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2797.70 | .00 | 935.03 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1980.26 | .00 | 661.83 |
| HOMEQ SERVICING CORP | COST OF COLLE | 350.00 | .00 | 350.00 |

```
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00      350.00     28466.03        .00     28816.03
PRINCIPAL PAID          .00      350.00      9513.41        .00      9863.41
INTEREST PAID           .00         .00         .00         .00          .00
TOTAL PAID              .00      350.00      9513.41        .00      9863.41
The Debtor's attorney, PATRICK A MESZAROS              , was allowed $  2700.00
and was paid $    500.00   direct and $   2200.00   through the plan.

The Trustee received $     536.59 .

Refunds to the Debtor totaled $        .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/09/08                           /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
    CASE NO. 04 B 25612 JOYCE M MACIEJEWSKI
```